# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | § CRIMINAL NO. 20-cr-00448-BRM |
| | § |
| v. | § |
| | § |
| | § |
| SHERMAN KENNERSON | § 18 U.S.C. § 371 |

## ORDER GRANTING PERMISSION TO TRAVEL

On this the _____ day of November, 2020 came on to be considered Defendant's Unopposed Motion for permission to travel from Dallas, Texas to Lake Charles, Louisiana on November 7, 2020 and return to Dallas, Texas on November 11, 2020 and said Motion is hereby GRANTED.

Signed on _____.

_____
UNITED STATES DISTRICT JUDGE